```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                        WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                          NO.   4:01CR00066-001 WRW
                                   4:04CR00216-001 SWW

CATHY JOYCE MILLER

### ORDER

The above entitled cause came on for hearing on the government's motions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of statements on the record, the Court found that the defendant has violated her conditions of supervised release without just cause. However, the Court has determined that defendant's supervised release should not be revoked at this time but instead will modify the conditions of her supervised release.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special condition:

1. Defendant shall be returned to community confinement at City of Faith for a period of SIX (6) MONTHS. The Court recommends that defendant participate in mental health evaluation and counseling and substance abuse counseling as deemed necessary by City of Faith, or by the U. S. Probation Office.

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of her term of supervised release.

The Court reminds defendant that any further violation of the terms of her supervised release could result in revocation of her release.

Defendant shall continue to be detained until such time as she can be

released to City of Faith.

	IT IS FURTHER ORDERED that the government's petitions to revoke defendant's supervised release [doc #66 in 4:01cr00066 and doc #59 in 4:04cr00216] are dismissed without prejudice.

	IT IS SO ORDERED this 8th day of October 2008.


				/s/Susan Webber Wright
				United States District Judge